**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COREY FRATUS, | |
| Plaintiff. | Case No. 1:24-cv-06489<br>Honorable April M. Perry |
| v. | |
| OPPORTUNITY FINANCIAL, LLC, TODD<br>G. SCHWARTZ and PAMELA D.<br>JOHNSON, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's March 11, 2026, Order (Dkt. 41), the Parties report they have

finalized the terms of the settlement agreement and anticipate filing dismissal papers within the next

30 days.

Respectfully submitted,

Counsel for Plaintiff:

/s/ *Tara L. Goodwin*
Tara L. Goodwin
Daniel A. Edelman
**Edelman, Combs, Latturner
 & Goodwin, LLC**
20 S. Clark St., Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Counsel for Defendants:

/s/ *Justin Seccombe (w/ consent)*
Justin Seccombe
Frederick Levin
**Orrick, Herrington
& Sutcliffe LLP**
353 N. Clark St., Suite 3600
Chicago, Illinois 60654
(312) 924-9800
(312) 924-9899 (FAX)

1

## **CERTIFICATE OF SERVICE**

Tara L. Goodwin certifies that on April 8, 2026, the foregoing document was filed via the Court's CM/ECF online system, causing a copy to be sent to all counsel of record.

*/s/Tara L. Goodwin*
Tara L. Goodwin