## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Corey Fratus

                    Plaintiff,

v.

                                                Case No.: 1:24–cv–06489
                                                  Honorable April M. Perry

Opportunity Financial, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court appreciates the joint status report submitted by the parties [42]. An updated status report regarding settlement is to be filed by 5/15/2026 unless a notice of voluntary dismissal is filed earlier. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.