## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| COREY FRATUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:24-cv-06489 |
| | ) | |
| OPPORTUNITY FINANCIAL, | ) | Hon. April M. Perry |
| LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Now come the Parties Plaintiff Corey Fratus ("Plaintiff") and Defendants Opportunity Financial LLC, Todd G. Schwartz and Pamela D. Johnson (together, "Defendants"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's claims against Defendants with prejudice and without costs.

Respectfully submitted,

/s/ Tara L. Goodwin
Daniel A. Edelman
Tara L. Goodwin
Madeline G. Brashear
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
For service: courtecl@edcombs.com
*Counsel for Plaintiff*

/s/ Justin Seccombe (With Consent)
Justin Seccombe
Fredrick Levin
**ORRICK, HERRINGTON**
**& SUTCLIFFE LLP**
353 N. Clark Street, Suite 3600
Chicago, IL 60654
(312) 924-9800
*Counsel for Defendants*

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Tara L. Goodwin, hereby certify that on May 15, 2026, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to all counsel of record.

*s/ Tara L. Goodwin*
Tara L. Goodwin


Daniel A. Edelman
Tara L. Goodwin
Madeline G. Brashear
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

2